**Order entered August 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00620-CV

## IN THE INTEREST OF T.H.M. AND C.A.M., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53138-2012**

## ORDER

We **GRANT** appellant's August 18, 2015 third motion for an extension of time to file a

brief.  Appellant shall file a brief by **AUGUST 31, 2015**.  We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
    JUSTICE